## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

REBECCA KOWALD, JOANN WINTER,
ROBERT ZEIER, JOHN GRUBER,
WILLIAM CADAWALLER, ROBERT
WENTWORTH, RAYMOND BOYLE,                    Case No.  19-cv-519-jdp
MICHAEL O'GRADY, DAVID THOM,
AND CRYSTAL THOM,

      Plaintiffs,

      v.

COLUMBIA COUNTY, PORTAGE
COMMUNITY SCHOOLS, CITY OF
PORTAGE, VERN GOVE, JOSEPH RUF,
MARK HAZELBAKER, ROGER
BRANDNER, BENJAMIN OETZMAN,
AND CHARLES CHURCH,

      Defendants.

---

## JUDGMENT IN A CIVIL CASE

---

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.


| /s/ | 01/08/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |